UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACKIE E. CLARK,

    Plaintiff,

v.     Case No.: 8:09-CV-888-T-MAP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon the Commissioner's Motion for Entry of Judgment with Remand (doc. 22) pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3). The Plaintiff does not object to the relief requested. Accordingly, for the reasons stated in the motion, it is

RECOMMENDED:

1. The Motion for Entry of Judgment with Remand (doc. 22**)** be GRANTED.

2. The Clerk be directed to enter judgment for the Plaintiff with instructions that the Commissioner's decision be REVERSED under sentence four of 42 U.S.C. § 405(g) and the case be REMANDED for further administrative proceedings consistent with the reasons stated in the Commissioner's motion.

IT IS SO REPORTED at Tampa, Florida on April 16, 2010.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. § 636(b)(1).